■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH F. MARINO, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Harrington, J.), imposed April 28, 1981. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Mangano, Gibbons and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR A. MATAY, Appellant. — Appeal by defendant (by permission) from an order of the County Court, Orange County (Ingrassia, J.), dated August 29, 1980, which denied, without a hearing, his motion to vacate the judgment of conviction rendered against him on July 17, 1979. By order dated June 15, 1981 this court remitted the case to the County Court to hear and report on whether the defendant's attorney received notice of the scheduled Grand Jury presentment and/or informed the defendant of his rights to testify before the Grand Jury. The appeal was held in abeyance in the interim. (*People v Matay,* 82 AD2d 867). The County Court has now complied. Order affirmed. No opinion. Hopkins, J. P., Titone, Gibbons and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL SOLEY, Appellant. — Judgment of the Supreme Court, Queens County (Brennan, J.), rendered September 13, 1979, affirmed (see *People v Tarsia,* 50 NY2d 1, 10-13). Rabin, J. P., Margett, O'Connor and Thompson, JJ., concur.